SO. CAL. EQUAL ACCESS GROUP
Jason J. Kim (SBN 190246)
Jason Yoon (SBN 306137)
Kevin Hong (SBN 299040)
101 S. Western Ave., Second Floor
Los Angeles, CA 90004
Telephone: (213) 252-8008
Facsimile: (213) 252-8009
cm@SoCalEAG.com

Attorneys for Plaintiff, MICHAEL RHAMBO

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL RHAMBO,<br><br>Plaintiff,<br><br>vs.<br><br>CIVIC CENTER CLEANERS AND DRYERS, INC D/B/A CIVIC CENTER CLEANERS; ARNEL B. JALBUENA, AS TRUSTEE OF THE ARNEL B. JALBUENA LIVING TRUST; and DOES 1 to 10,<br><br>Defendants. | Case No.: 2:23-cv-09644-MWF (AGRx)<br><br>**JOINT STIPULATION FOR DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)** |

JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Attorneys for Plaintiff MICHAEL RHAMBO ("Plaintiff") and Defendant ARNEL B. JALBUENA, AS TRUSTEE OF THE ARNEL B. JALBUENA LIVING TRUST stipulate and jointly request that this Court dismiss, with prejudice, the above-captioned action, in its entirety. Each party shall bear his/her/its own costs and attorneys' fees.

Respectfully submitted,

DATED: February 06, 2023     SO. CAL. EQUAL ACCESS GROUP

By: /s/ Jason J. Kim
Jason J. Kim
Attorneys for Plaintiff

Dated: February 06, 2023     LAW OFFICES OF ARNEL B. JALBUENA, APC

By: /s/ Arnel B. Jalbuena
ARNEL B. JALBUENA, AS TRUSTEE OF THE ARNEL B. JALBUENA LIVING TRUST

### Certification Pursuant to Local Rule 5-4.3.4(a)(2)(i)

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I, Jason J. Kim, do attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: February 06, 2023     By: /s/ Jason J. Kim
Jason J. Kim